# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DONALD WAYNE ROBERTSON**                                                            **PLAINTIFF**

**V.**        **CAUSE NO.: 2:07CV78**

**COAHOMA COUNTY, MISSISSIPPI**
**AND ISLE OF CAPRI CASINOS, INC.**        **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO ISLE OF CAPRI CASINOS, INC.

This matter comes before the Court on an Agreed Order of Dismissal with Prejudice. The Court, being advised that the Plaintiff and Defendant Isle of Capri Casinos, Inc., have reached an agreement in resolution of the claims asserted by Plaintiff against said Defendant, finds that Defendant Isle of Capri Casinos, Inc., should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's claims against Defendant Isle of Capri Casino, Inc., are dismissed with prejudice, as to with each party to bear their own costs and attorneys' fees.

**SO ORDERED,** this the 26th day of March, 2008.

                                                 **/s/ Sharion Aycock**
                                                 **UNITED STATES DISTRICT JUDGE**