IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DONALD WAYNE ROBERTSON                                                    PLAINTIFF

VS.                                                         CAUSE NO.: 2:07CV78-SA-SAA

COAHOMA COUNTY, MISSISSIPPI, et al.                                      DEFENDANT

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to a memorandum opinion issued forth this day:

1) Defendant Coahoma County, Mississippi's, Motion for Summary Judgment is **GRANTED**.

2) Further, the case is **DISMISSED**.

3) The Clerk is ordered to **CLOSE** the case and **TERMINATE** its trial date.

So **ORDERED**, this, the 6th day of August, 2008.

                                                        **/s/ Sharion Aycock**
                                                        **U.S. DISTRICT COURT JUDGE**